# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 14, 2016

**Before**

DIANE P. WOOD, *Chief Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 15-3608

| | |
|---|---|
| MICHAEL G. GAMBOA,<br>*Petitioner-Appellant,* | Appeal from the United States District<br>Court for the Central District of Illinois. |
| *v.* | No. 1:14-cv-01373-JES |
| JEFFREY KRUEGER,<br>*Respondent-Appellee.* | James E. Shadid,<br>*Chief Judge*. |

**O R D E R**

On consideration of the Petition For Rehearing, filed by Petitioner-Appellant on October 3, 2016, all members of the original panel have voted to DENY the Petition For Rehearing.

IT IS HEREBY ORDERED that the Petition For Rehearing is DENIED.

IT IS FURTHER ORDERED that the order issued in the above-entitled case on September 7, 2016, is hereby amended as follows:

On page 2, in the third line from the bottom of the first paragraph, the text "again raised the § 924(c)(1) sentencing issue (among 47 grounds of relief)" is replaced with "raised 47 grounds of relief". The full sentence reads "The following year Gamboa raised 47 grounds of relief in an unsuccessful motion to vacate his sentence under 28 U.S.C. § 2255.

On page 2, seventh line from the top of the third paragraph, the text "—and in fact was raised—" is deleted.